IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD PHILIPOT HICKMAN, AIS # 285076, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-352-WKW ) |
| KARLA JONES, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On September 1, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 49.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that the motion for Preliminary Injunction (Doc. # 43) is DENIED.

This action is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 29th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE