IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD PHILPOT HICKMAN, AIS #285076, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:15-CV-352-ECM ) |
| KARLA JONES, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On July 18, 2018, the Magistrate Judge entered a Recommendation (Doc. #120) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The ADOC defendants' motion for summary judgment is GRANTED.

3. The medical defendants' motion to dismiss is DENIED.

4. The medical defendants' motion for summary judgment is GRANTED.

5. Judgment is GRANTED in favor of the defendants.

6. This case is DISMISSED with prejudice.

7. Costs of this proceeding are taxed against the plaintiff.

A separate final judgment will be entered in accordance with this order.

Done this 20th day of August, 2018.

                               /s/Emily C. Marks
                               EMILY C. MARKS
                               UNITED STATES DISTRICT JUDGE